UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

BRAD LUTTRULL, et al, )
)
    Plaintiffs, )
)
vs. )
) 3:04-cv-117-JDT-WGH
McDONALD'S CORPORATION, et al, )
)
    Defendants. )
)
)

**ORDER AUTHORIZING DISMISSAL**

The court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

IT IS ORDERED that within thirty (30) days of this date, counsel for the Plaintiff shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the Court's signature ordering the dismissal of this action (in conformance with the agreement of the parties). Failure to comply with this order will result in DISMISSAL WITH PREJUDICE pursuant to Rule 41(b), Fed.R.Civ.P. for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

ALL OF WHICH IS ORDERED this 11th day of October 2005.

John Daniel Tinder, Judge
United States District Court

Copies to:

Jacob R. Fulcher
Kahn Dees Donovon & Kahn
jakef@k2d2.com

Thomas O. Magan
Kahn Dees Donovan & Kahn
tommagan@k2d2.com

Todd C. Barsumian
Kahn Dees Donovan & Kahn
toddb@k2d2.com

Patrick A. Shoulders
Ziemer Stayman Weitzel & Shoulders
pshoulders@zsws.com

Chad J. Sullivan
Ziemer Stayman Weitzel & Shoulders
Csullivan@zsws.com

Brent R. Weil
Kightlinger & Gray
bweil@k-glaw.com

Marcia A. Mahony
Kightlinger & Gray
mmahony@k-glaw.com

Susan G. Gainey
Kightlinger & Gray
sgainey@k-glaw.com

Allyson R. Breeden
Ziemer Stayman Weitzel & Shoulders
abreeden@zsws.com


Mark W. Ford
Ice Miller
mark.ford@icemiller.com